UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DUCK COMMANDER, INC. | * | CIVIL ACTION NO. 10-1790 |
| VERSUS | * | JUDGE JAMES |
| TNP PRODUCTIONS, INC., ET AL. | * | MAGISTRATE JUDGE HAYES |

J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that defendant's Motion to Dismiss for Lack of Personal Jurisdiction [Doc. # 11] be, and it is hereby, **GRANTED** and that Plaintiff's claims against defendant Chris Fash are hereby **DISMISSED**, without prejudice.

THUS DONE AND SIGNED this 19th day of October, 2011, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE